EDELSON MCGUIRE LLP
SEAN REIS (184044) (sreis@edelson.com)
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone:   (949) 450-2124
Facsimile:   (949) 459-2123

JAY EDELSON (jedelson@edelson.com)
MICHAEL J. ASCHENBRENER (maschenbrener@edelson.com)
BENJAMIN H. RICHMAN (brichman@edelson.com)
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone:   (312) 589-6370
Facsimile:   (312) 589-6378

Attorneys for Plaintiff DAVID GOULD

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
101 California Street, 5th Floor
San Francisco, California  94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant FACEBOOK, Inc.

*IT IS SO ORDERED*
*Judge James Ware*
6/28/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GOULD, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>        Defendant. | Case No.  CV-10-02389-JW-PVT<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))**<br><br>Courtroom:    8<br>Judge:           James Ware<br>Trial Date:    None Set |

1  Plaintiff David Gould ("Plaintiff") and Defendant Facebook, Inc. ("Facebook") (Plaintiff
2  and Facebook collectively "the Parties"), by and through their respective counsel, stipulate and
3  agree as follows:

4  WHEREAS, Plaintiff filed the Complaint in the above-entitled action in the United States
5  District Court, Northern District of California, San Jose Division, on May 28, 2010;

6  WHEREAS, Plaintiff served the Complaint on Facebook on June 9, 2010;

7  WHEREAS, under Federal Rule of Civil Procedure 12(a), the current deadline for
8  Facebook to respond to the Complaint is June 30, 2010;

9  WHEREAS, under Civil Local Rule 6-1(a), parties may stipulate in writing, without a
10 court order, to extend the time within which to answer or otherwise respond to the Complaint; and

11 WHEREAS, extending the date for Facebook to answer the Complaint, move under
12 Federal Rule of Civil Procedure 12 with respect to the Complaint, or otherwise respond to the
13 Complaint to and including July 30, 2010 will not alter the date of any event or deadline already
14 fixed by Court order;

15 NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

16 Facebook's deadline to answer the Complaint, move under Federal Rule of Civil
17 Procedure 12 with respect to the Complaint, or otherwise respond to the Complaint is extended to
18 and including July 30, 2010.

19 **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 24, 2010 | COOLEY LLP |
| | |
| | /s/Matthew D. Brown |
| | Matthew D. Brown |
| | Attorneys for Defendant Facebook, Inc. |
| | |
| Dated: June 24, 2010 | EDELSON MCGUIRE, LLC |
| | |
| | /s/Michael J. Aschenbrener |
| | Michael J. Aschenbrener |
| | Attorneys for Plaintiff David Gould |

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Matthew D. Brown, attest that concurrence in the filing of this Stipulation to Extend Time to Respond to Complaint (L.R. 6-1(a)) has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of June, 2010, at San Francisco, California.

/s/Matthew D. Brown
Matthew D. Brown

1184816 v1/SF