| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. BROWN (196972)<br>(brownmd@cooley.com)<br>BENJAMIN H. KLEINE (257225)<br>(bkleine@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant FACEBOOK, INC. | JAY EDELSON (jedelson@edelson.com)<br>MICHAEL J. ASCHENBRENER<br>(maschenbrener@edelson.com)<br>BENJAMIN H. RICHMAN<br>(brichman@edelson.com)<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Telephone: (312) 589-6370<br>Facsimile: (312) 589-6378<br><br>Attorneys for Plaintiff DAVID GOULD |

NASSIRI & JUNG LLP
KASSRA P. NASSIRI (215405) (knassiri@nassiri-jung.com)
CHARLES H. JUNG (217909) (cjung@nassiri-jung.com)
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone:    (415) 762-3100
Facsimile:    (415) 534-3200

Attorneys for Plaintiff MIKE ROBERTSON

*IT IS SO ORDERED*
*Judge James Ware*
8/11/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GOULD, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | No. 10-cv-02389 JW (PVT)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))**<br><br>Courtroom: 8<br>Judge:    James Ware<br>Trial Date: None Set |
| MIKE ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | No. 10-cv-02408 JW (PVT) |

1.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
NO. 10-CV-02389 JW (PVT); 10-CV-02408 JW (PVT)

This Stipulation is entered into by and among plaintiffs David Gould and Mike Robertson (collectively, "Plaintiffs") and defendant Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively "the Parties"), by and through their respective counsel.

WHEREAS the complaint in *Gould v. Facebook, Inc.*, Case No. 10-cv-02389-JW ("*Gould*") was filed on May 28, 2010;

WHEREAS the complaint in *Robertson v. Facebook, Inc.*, Case No. 10-cv-02408-JF ("*Robertson*") was filed on June 1, 2010;

WHEREAS the Court (Ware, D.J.), on July 26, 2010, ordered *Gould* and *Robertson* to be related;

WHEREAS the current deadline for Facebook to answer, move to dismiss, or otherwise respond to the Complaint in *Gould* and the Complaint in *Robertson* is July 30, 2010;

WHEREAS under Civil Local Rule 6-1(a), parties may stipulate in writing, without a Court order, to extend the time within which to answer, move to dismiss, or otherwise respond to the Complaint; AND

WHEREAS extending the date for Facebook to answer, move to dismiss, or otherwise respond to the complaints to and including August 13, 2010 will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Facebook's deadline to answer, move to dismiss, or otherwise respond to the Complaint in *Gould* is extended to and including August 13, 2010.

2. Facebook's deadline to answer, move to dismiss, or otherwise respond to the Complaint in *Robertson* is extended to and including August 13, 2010.

**IT IS SO STIPULATED.** (*Signatures on following page.*)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
NO. 10-CV-02389 JW (PVT); 10-CV-02408 JW (PVT)

| | | |
|---|---|---|
| 1 | Dated: July 27, 2010 | COOLEY LLP |
| 2 | | |
| 3 | | /s/ Matthew D. Brown |
| | | Matthew D. Brown |
| 4 | | Attorneys for Defendant Facebook, Inc. |
| 5 | Dated:  July 27, 2010 | EDELSON MCGUIRE LLC |
| 6 | | |
| 7 | | /s/ Michael J. Aschenbrener |
| 8 | | Michael J. Aschenbrener (pro hac vice pending) |
| | | Attorneys for Plaintiff David Gould |
| 9 | | |
| 10 | Dated: July 27, 2010 | NASSIRI & JUNG LLP |
| 11 | | |
| 12 | | /s/ Kassra P. Nassiri |
| | | Kassra P. Nassiri |
| 13 | | Attorneys for Plaintiff Mike Robertson |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
NO. 10-CV-02389 JW (PVT); 10-CV-02408 JW (PVT)

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation to Extend Time to Respond to Complaint (L.R. 6-1(a)).

Dated: July 27, 2010                                        /s/ Matthew D. Brown
                                                                      Matthew D. Brown

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
NO. 10-CV-02389 JW (PVT); 10-CV-02408 JW (PVT)