KASSRA P. NASSIRI (215405)
knassiri@nassiri-jung.com
CHARLES H. JUNG (217909)
cjung@nassiri-jung.com
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California  94108
Telephone:     (415) 762-3100
Facsimile:       (415) 534-3200

EDELSON MCGUIRE LLP
SEAN REIS (184044) (sreis@edelson.com)
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone:     (949) 450-2124
Facsimile:  (949) 459-2123

MICHAEL J. ASCHENBRENER
(maschenbrener@edelson.com)(*pro hac vice*)
BENJAMIN H. RICHMAN
(brichman@edelson.com)(*pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone:     (312) 589-6370
Facsimile:  (312) 589-6378

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-JW <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 4, 2010 <br><br> ACTION FILED:  05/28/10 <br><br> **JURY TRIAL DEMANDED** |

   This Stipulation is entered into by and among plaintiffs David Gould and Mike Robertson (collectively, "Plaintiffs") and defendant Facebook, Inc. ("Defendant") by and through their respective counsel.

   WHEREAS the initial case management conference is scheduled for September 27, 2010 at 10:00 a.m.;

1
2      WHEREAS Attorney Michael J. Aschenbrener will be out of the country on that date and
therefore unavailable to attend the case management conference;
3
4      WHEREAS the parties have agreed to continue the case management conference until
October 4, 2010 so that Attorney Aschenbrener will be able to attend.
5
6      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned
counsel for Plaintiffs and Defendant, as follows:
7
8      1.     The initial case management conference in this action shall be continued to
October 4, 2010 at 10:00 a.m.; and
9
10     2.     On or before September 24, 2010, the parties shall file a Joint Case Management
Statement pursuant to Fed. R. Civ. P. 26 and Civ. L.R. 16-9.  The statement shall include, among
11
other things, a good faith discovery plan with a proposed date for close of all discovery.  The
12
parties shall also address whether discovery should be bifurcated between class and merits.
13
14                                         Respectfully submitted,

15     Dated:  September 8, 2010           NASSIRI & JUNG LLP
16
17
                                           By:      /s/ Kassra P. Nassiri
18                                             Kassra P. Nassiri
                                               Attorneys for Plaintiff Mike Robertson
19
       Dated:  September 8, 2010           EDELSON MCGUIRE LLC
20
21
                                           By:      /s/ Michael J. Aschenbrener
22                                             Michael J. Aschenbrener (*pro hac vice*)
                                               Attorneys for Plaintiff David Gould
23
       Dated:  September 8, 2010           COOLEY LLP
24
25
                                           By:      /s/ Matthew D. Brown
26                                             Matthew D. Brown
                                               Attorneys for Defendant Facebook, Inc.
27
28
                                                        **STIPULATION AND [PROPOSED] ORDER**
                              2.                        **10-CV-02389-JW**

1
2    PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.
3
4    DATED: _____September 9_____, 2010    _____/s/ James Ware_____
                                            HON. JAMES WARE
5                                           UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order Continuing Case Management Conference to October 4, 2010.

Dated:  September 8, 2010          NASSIRI & JUNG LLP


                                   By:     /s/ Kassra P. Nassiri
                                          Kassra P. Nassiri