IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 10-02389 JW

In re: Facebook Privacy Litigation

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

_____/

This case is scheduled for a Case Management Conference on October 4, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (hereafter, "Statement," Docket Item No. 32.) In light of the fact that Plaintiffs have yet to file their Consolidated Complaint, the Court finds the Conference premature at this time. Accordingly, the Court CONTINUES the October 4, 2010 Case Management Conference and orders as follows:

(1) On **November 15, 2010 at 10 a.m.**, the parties shall appear for a Case Management Conference.

(2) On or before **November 5, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a proposed schedule on how the case should proceed.

(3) With respect to the Plaintiffs' requested continuance on the deadline to file a Consolidated Complaint, the Court GRANTS Plaintiffs' request for a continuance

and now sets **October 11, 2010** as a deadline.[1]  Plaintiffs shall file its Consolidated Complaint on October 11, 2010.  Defendant shall file its Response in accordance with the Federal Rules of Civil Procedure or by date set in the parties' Stipulation.

(4) To the extent that the parties believe that there are related cases filed out of district, it is up to the relevant party to file the appropriate Motion to Transfer to have cases brought before this Court.

Dated:  September 29, 2010

JAMES WARE
United States District Judge

---

[1] In its August 20, 2010 Order Adopting Stipulation to Consolidate Cases as Modified, the Court adopted the parties' stipulation that Plaintiffs would file a Consolidated Complaint on or before August 27, 2010.  (See Docket Item No. 23.)

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin Harris Richman brichman@edelson.com
Charles Hyunchul Jung cjung@nassiri-jung.com
Jay  Edelson jedelson@edelson.com
Kassra Powell Nassiri knassiri@nassiri-jung.com
Matthew Dean Brown mbrown@cooley.com
Michael James Aschenbrener maschenbrener@edelson.com
Sean Patrick Reis sreis@edelson.com

**Dated:  September 29, 2010**  **Richard W. Wieking, Clerk**

                                        **By:    /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California