COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JAMES M. PENNING (229727)
(jpenning@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant FACEBOOK, INC.

NASSIRI & JUNG LLP
KASSRA P. NASSIRI (215405)
(knassiri@nassiri-jung.com)
CHARLES H. JUNG (217909)
(cjung@nassiri-jung.com)
251 Kearny Street, Suite 501
San Francisco, CA 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Plaintiffs

MICHAEL J. ASCHENBRENER (pro hac vice) (maschenbrener@edelson.com)
BENJAMIN H. RICHMAN (pro hace vice)
(brichman@edelson.com)
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (L.R. 6-2)<br><br>Courtroom: 8<br>Judge: James Ware<br>Trial Date: None Set |

This Stipulation is entered into by and among plaintiffs David Gould and Mike Robertson (collectively, "Plaintiffs") and defendant Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively "the Parties"), by and through their respective counsel.

WHEREAS, the complaint in *Gould v. Facebook, Inc.*, Case No. 10-cv-02389-JW ("*Gould*") was filed on May 28, 2010;

WHEREAS, the complaint in *Robertson v. Facebook, Inc.*, Case No. 10-cv-02408-JF ("*Robertson*") was filed on June 1, 2010;

WHEREAS, this Court (Hon James Ware), by Order of July 26, 2010, related *Gould* and *Robertson*;

WHEREAS, by Order of August 20, 2010, the Court consolidated *Gould* and *Robertson* and ordered the new caption to be *In re Facebook Privacy Litigation*, Case No. 10-cv-02389-JW (and ordered Case No. 10-cv-02408-JW to be closed);[1]

WHEREAS, the Plaintiffs filed their Consolidated Class Action Complaint in the above-captioned action on October 10, 2010;

WHEREAS, on November 5, 2010, the Court entered an Order extending from November 10, 2010 to December 10, 2010 as the deadline for Facebook to answer, move to dismiss, or otherwise respond to the Consolidated Class Action Complaint in the above-captioned litigation;

WHEREAS, by Orders dated November 12 and 19, 2010, this Court granted administrative motions relating several other cases against Facebook, Zynga, or both to the above-captioned action (*In re Facebook Privacy Litigation*);

WHEREAS, in the November 12 and 19, 2010 Orders, this Court invited the parties in the related cases to fully brief, by November 22, 2010, the issue of whether the related cases should be consolidated and the issue of who should be appointed Lead Plaintiff and Lead Counsel;

WHEREAS, parties in the related cases filed briefing on November 22, 2010;

WHEREAS, Plaintiffs the above-captioned action filed briefing opposing consolidation and seeking renewal of their appointment as Co-Lead Counsel and Co-Lead Plaintiff on November 22, 2010;

WHEREAS, this Court has not yet issued a decision on consolidation and appointment of Lead Plaintiff and Lead Counsel;

---

[1] While efforts were undertaken to get the actions related and then consolidated, the Parties stipulated to extensions of Facebook's deadline to respond to the complaints. Orders granting extensions pursuant to these stipulations were entered on June 14, July 27, and August 11 in *Robertson*, and on June 24, July 27, and August 11 in *Gould*.

WHEREAS, under Civil Local Rule 6-2, parties may file a stipulation requesting an order extending the time within which to answer, move to dismiss, or otherwise respond to the Complaint; and

WHEREAS, extending the date for Facebook to answer, move to dismiss, or otherwise respond to the Complaint as set forth below will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Facebook's deadline to respond to the Complaint (answer, move, or otherwise respond) is extended to and including the later of (a) December 22, 2010 or (b) 30 days after the Court decides whether an amended complaint shall be filed.

2. If the Court orders an amended complaint to be filed, Facebook is relieved of the obligation of responding to the current Consolidated Class Action Complaint, and shall have 30 days following filing of the amended complaint to respond (answer, move, or otherwise respond), unless a different date is ordered by the Court.

3. Facebook agrees to confer with Plaintiffs on a briefing and hearing schedule before filing any motion in response to the operative complaint.

**IT IS SO STIPULATED.**

Dated: December 8, 2010         COOLEY LLP

                                /s/ Matthew D. Brown
                                Matthew D. Brown
                                Attorneys for Defendant Facebook, Inc.

Dated: December 8, 2010         EDELSON MCGUIRE LLC

                                /s/ Michael J. Aschenbrener
                                Michael J. Aschenbrener (pro hac vice)
                                Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: December 8, 2010 | NASSIRI & JUNG LLP |
| 2 | | |
| 3 | | /s/ Kassra P. Nassiri<br>Kassra P. Nassiri<br>Attorneys for Plaintiffs |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December __10__, 2010

THE HONORABLE JAMES WARE
United States District Judge

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation to Extend Time to Respond to Complaint (L.R. 6-1(a)).

Dated: December 8, 2010       /s/ Matthew D. Brown
                               Matthew D. Brown

901609 v2/HN