```
 1  KASSRA P. NASSIRI (215405)
    (knassiri@nassiri-jung.com)
 2  CHARLES H. JUNG (217909)
    (cjung@nassiri-jung.com)
 3  NASSIRI & JUNG LLP
    47 Kearny Street, Suite 700
 4  San Francisco, California 94108
    Telephone:    (415) 762-3100
 5  Facsimile:    (415) 534-3200

 6  EDELSON MCGUIRE LLC
    MICHAEL J. ASCHENBRENER
 7  (maschenbrener@edelson.com) (pro hac vice)
    CHRISTOPHER L. DORE
 8  (cdore@edelson.com) (pro hac vice)
    350 North LaSalle Street, Suite 1300
 9  Chicago, Illinois 60654
    Telephone: (312) 589-6370
10  Facsimile:  (312) 589-6378

11  Attorneys for Plaintiffs and the Putative Class
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-JW <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING JANUARY 31, 2011 CASE MANAGEMENT CONFERENCE** <br><br> Date: January 31, 2011 <br> Time: 10:00 A.M. <br> Judge: Hon. James Ware |

This Stipulation is entered into by and among the plaintiffs and defendant Facebook, Inc. ("Defendant") by and through their respective counsel.

WHEREAS the Court set a case management conference for this consolidated action and *In re Zynga Privacy Lit.* (10-cv-4680) for January 31, 2011 (*Facebook*, DKT. 69);

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC         Case No. 5:10-CV-2389-JW

1    WHEREAS the Court expressly stated that the two Case Management Conferences should
2    occur at the same time to facilitate a discussion concerning coordination of the matters (*Id.*);
3    WHEREAS the parties in *In re Zynga Privacy Lit*. previously stipulated to continue the
4    Case Management Conference from January 31, 2011 to February 7, 2011 (*Zynga*, DKT. 28);
5    WHEREAS the parties have agreed to continue the case management conference until
6    February 7, 2011 so that it shall occur at the same time as the case management conference in *In
7    re Zynga Privacy Lit*.
8    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned
9    counsel for Plaintiffs and Defendant, as follows:
10   1.    The case management conference currently set for January 31, 2011 is hereby
11   continued to February 7, 2011 at 10:00 A.M.
12   2.    On or before January 21, 2011, the parties shall file a Joint Case Management
13   Statement pursuant to Fed. R. Civ. P. 26 and L.R. 16-9.  The statement shall include a good faith
14   plan for coordination and contain, among other things, a proposed schedule for coordinated
15   discovery.

Respectfully Submitted,

Dated: December 23, 2010          EDELSON MCGUIRE LLC

s/ Michael Aschenbrener
MICHAEL ASCHENBRENER (*pro hac vice*)
Attorneys for Plaintiffs

Dated: December 23, 2010          COOLEY LLP

s/ Matthew D. Brown
MATTHEW D. BROWN
Attorneys for Defendant Facebook, Inc.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: December 29, 2010

HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of the Stipulation and [Proposed] Order Continuing January 31, 2011 Case Management Conference.

Dated: December 23, 2010               EDELSON MCGUIRE LLC

                                       s/ Michael Aschenbrener
                                       Michael Aschenbrener

# CERTIFICATE OF SERVICE

The undersigned certifies that, on December 23, 2010, he caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: December 23, 2010              EDELSON MCGUIRE LLC

                                      s/ Michael Aschenbrener
                                      Michael J. Aschenbrener