COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JAMES M. PENNING (229727)
(jpenning@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
FACEBOOK, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>FACEBOOK PRIVACY LITIGATION | Case No.  10-cv-02389-JW<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**DATE:** March 28, 2011<br>**TIME:** 9:00 a.m.<br>**COURTROOM:** 8 (4th Floor)<br>**JUDGE:** Hon. James Ware<br>**TRIAL DATE:** None Set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
FACEBOOK'S MOTION TO DISMISS
10-CV-02389-JW

1  Defendant Facebook, Inc.'s motion to dismiss Plaintiffs' Consolidated Class Action
2  Complaint was heard on March 28, 2011 at 9:00 a.m. in this Court.  Counsel for Facebook and
3  counsel for Plaintiffs were in attendance and presented oral arguments.  Having considered the
4  parties' papers filed in support of and in opposition to the motion, oral argument, and all other
5  pleadings and papers on file herein, and good cause having been shown:

6  **IT IS HEREBY ORDER THAT,** Facebook's Request for Judicial Notice is
7  **GRANTED.**

8  The Court further finds as follows:

9  Plaintiffs do not have standing under Article III of the United States Constitution to bring
10 the present action.

11 With respect to the first claim for relief, for violation of the Wiretap Act (referred to in the
12 Consolidated Class Action Complaint as the Electronic Communications Privacy Act), 18 U.S.C.
13 § 2511, Plaintiffs fail to state a claim upon which relief can be granted.

14 With respect to the second claim for relief, for violation of the Stored Communications
15 Act, 18 U.S.C. § 2702, Plaintiffs fail to state a claim upon which relief can be granted.

16 With respect to the third claim for relief, for violation of California Business and
17 Professions Code section 17200, Plaintiffs fail to state a claim upon which relief can be granted.

18 With respect to the fourth claim for relief, for violation of California Penal Code § 502,
19 Plaintiffs fail to state a claim upon which relief can be granted.

20 With respect to the fifth claim for relief, for violation of California Civil Code § 1750,
21 Plaintiffs fail to state a claim upon which relief can be granted.

22 With respect to the sixth claim for relief, for breach of contract, Plaintiffs fail to state a
23 claim upon which relief can be granted.

24 With respect to the seventh claim for relief, for violation of California Civil Code sections
25 1572 and 1573, Plaintiffs fail to state a claim upon which relief can be granted.

26 With respect to the sixth claim for relief, for unjust enrichment, Plaintiffs fail to state a
27 claim upon which relief can be granted.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
FACEBOOK'S MOTION TO DISMISS
10-CV-02389-JW

Accordingly, **IT IS FURTHER HEREBY ORDERED THAT**:

Facebook, Inc.'s Motion to Dismiss the Consolidated Class Action Complaint is **GRANTED**; and

Plaintiffs' Consolidated Class Action Complaint and all claims for relief alleged therein are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: _____

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

1205137SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

[PROPOSED] ORDER GRANTING
FACEBOOK'S MOTION TO DISMISS
10-CV-02389-JW