| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. BROWN (196972)<br>(brownmd@cooley.com)<br>JAMES M. PENNING (229727)<br>(jpenning@cooley.com)<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant<br>FACEBOOK, INC. | THE TERRELL LAW GROUP<br>REGINALD TERRELL<br>P.O. Box 13315, PMB # 148<br>Oakland, CA 94661<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616<br><br>AMAMGBO & ASSOCIATES<br>DONALD AMAMGBO<br>P.O. Box 13315, PMB # 148<br>Oakland, CA 94661<br>Telephone: (510) 615-6000<br>Facsimile: (510) 615-6025<br><br>LAW OFFICES OF SYDNEY J. HALL<br>SYDNEY J. HALL, ESQ. (158151)<br>(sydneyhallawoffice@yahoo.com)<br>1308 Bayshore Highway, Suite 220<br>Burlingame, CA 94010<br>Telephone: (650) 342-1830<br>Facsimile: (650) 342-6344<br><br>Attorneys for Plaintiff<br>ZETHA NOBLE in *Noble v. Facebook, Inc.*,<br>No. 10-cv-05781-HRL |

[Additional Counsel Listed In Signature Block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-JW<br><br>**STIPULATION IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO RELATE AND CONSOLIDATE CASES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIP. I/S/O ADMIN. MOTION TO
RELATE AND CONSOLIDATE CASES
NO. 10-CV-02389-JW

Pursuant to Civil Local Rules 3-12, 7-11, and 7-12, this Stipulation is entered into by and among (1) Plaintiffs in this consolidated action in this Court, captioned *In re Facebook Privacy Litigation*, No. 10-cv-02389-JW, (2) Zetha Noble, Plaintiff in another action in this Court captioned *Noble v. Facebook Inc.*, No. 10-cv-05781-HRL, and (3) Facebook, Inc., Defendant in each of these actions, by and through their respective counsel.

WHEREAS, by Order dated August 20, 2010, the Court consolidated the related actions *Gould v. Facebook, Inc.* (*Gould*), No. 10-cv-02389-JW, and *Robertson v. Facebook, Inc.* (*Robertson*), No. 10-cv-02408-JW, into the single action *In re Facebook Privacy Litigation*, No. 10-cv-02389-JW, and closed No. 10-cv-02408-JW;

WHEREAS, by Order dated December 10, 2010, the Court consolidated eight related cases—*Graf v. Zynga*, No. 10-cv-04680-JW, *Albini v. Zynga*, No. 10-cv-04723-JW, *Gudac & Beiles v. Zynga*, No. 10-cv-04793-JW, *Schreiber v. Zynga*, No. 10-cv-04794-JW, *Swanson v. Zynga*, No. 10-cv-04902-JW, *Carmel-Jessup v. Facebook & Zynga*, No. 10-cv-04930-JW, *Phee & O'Hara v. Zynga*, No. 10-cv-04935-JW, and *Bryant & Brock v. Zynga*, No. 10-cv-05192-JW—into the single action *In re Zynga Privacy Litigation*, No. 10-cv-04680-JW;

WHEREAS, on December 20, 2010, the *Noble* action was filed in this Court and assigned Case No. 10-cv-05781-HRL;

WHEREAS, by Order dated December 21, 2010, the Court related the action *Marfeo v. Facebook, Inc.*, No. 10-cv-05301-BZ, with *In re Facebook Privacy Litigation*, No. 10-cv-02389-JW;

WHEREAS, by the same Order dated December 21, 2010, the Court consolidated the *Marfeo* action into *In re Facebook Privacy Litigation*, administratively closed No. 10-cv-05301, and further ordered that "[a]ll future related cases shall be automatically consolidated and administratively closed";

WHEREAS, the parties hereto through their respective counsel agree that the *Noble* action should be related to the above-captioned action, *In re Facebook Privacy Litigation*, pursuant to Civil Local Rule 3-12 and this Court's Order dated December 21, 2010;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1205421 /SF

2.

STIP. I/S/O ADMIN. MOTION TO RELATE AND CONSOLIDATE CASES
NO. 10-CV-02389-JW

WHEREAS, the parties hereto through their respective counsel agree that the *Noble* action should be consolidated into the above-captioned action, *In re Facebook Privacy Litigation*, pursuant to Federal Rule of Civil Procedure 42(a) and this Court's Order dated December 21, 2010;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel:

1. *Noble v. Facebook, Inc.*, No. 10-cv-05781-HRL, should be related to *In re Facebook Privacy Litigation*, No. 10-cv-02389-JW, the lower numbered case, and, accordingly, should be reassigned to the Honorable James Ware.

2. *Noble v. Facebook, Inc.*, No. 10-cv-05781-HRL, and *In re Facebook Privacy Litigation*, No. 10-cv-02389-JW, should be consolidated for all purposes into one action, and the *Noble* action should be administratively closed.

3. All future filings shall be made in, and bear the caption of, *In re Facebook Privacy Litigation*, No. 10-cv-02389-JW, which will be the lead case. The existing Consolidated Class Action Complaint in *In re Facebook Privacy Litigation* shall be the operative complaint in the consolidated action.

IT IS SO STIPULATED.

Dated: January 13, 2011　　　　COOLEY LLP

*/s/ Matthew D. Brown*
MATTHEW D. BROWN

Attorneys for Defendant FACEBOOK, INC.

Dated: January 13, 2011　　　　EDELSON MCGUIRE LLP

*/s/ Michael J. Aschenbrener*
MICHAEL J. ASCHENBRENER

Co-Lead Counsel in *In re Facebook Privacy Litigation*, No. 10-cv-02389-JW

| | | |
|---|---|---|
| 1 | Dated: January 13, 2011 | THE TERRELL LAW GROUP |

*/s/ Reginald Terrell*
REGINALD TERRELL

Attorneys for Plaintiff ZETHA NOBLE in
*Noble v. Facebook, Inc.*, No. 10-cv-05781-HRL

Additional Counsel (Continued From Caption Page):

NASSIRI & JUNG LLP
KASSRA P. NASSIRI (215405) (knassiri@nassiri-jung.com)
CHARLES H. JUNG (217909) (cjung@nassiri-jung.com)
47 Kearny Street, Suite 700
San Francisco, CA 94108
Telephone:     (415) 762-3100
Facsimile:     (415) 534-3200

EDELSON MCGUIRE LLP
SEAN REIS (184044) (sreis@edelson.com)
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone:     (949) 450-2124
Facsimile:     (949) 459-2123

EDELSON MCGUIRE LLP
MICHAEL J. ASCHENBRENER (*pro hac vice*) (maschenbrener@edelson.com)
BENJAMIN J. RICHMAN (*pro hac vice*)
(brichman@edelson.com)
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone:     (312) 589-6370
Facsimile:     (312) 693-6378

Co-Lead Counsel in
*In re Facebook Privacy Litigation*, No. 10-cv-02389-JW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew D. Brown, attest that concurrence in the filing of this Stipulation has been obtained from each of the other signatories. Executed this 13th day of January, 2011, at San Francisco, California.

>                    */s/ Matthew D. Brown*
>                    Matthew D. Brown