UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 45 mins

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** February 7, 2011 | **Court Reporter:** Unreported |
| **Case No.:** C-10-02389 JW | **Special Master:** N/A |
| **Related Case No.:** C-10-04680 JW | **Interpreter:** N/A |

TITLE

| | |
|---|---|
| In re Facebook Privacy Litigation | **Related Case:** In re Zynga Privacy Litigation |

**Attorney(s) for Plaintiff(s):** Jonathan Shub, Michael Aschenbrener, Kassra Nassiri, Juli Farris
**Attorney(s) for Defendant(s):** Matthew Brown

**Attorney(s) for Plaintiff(s):** Adam Levitt, Michael Aschenbrener,
**Attorney(s) for Defendant(s):** Rick Seabolt, Renee Lawson

PROCEEDINGS

Case Management Conference as to BOTH cases

ORDER AFTER HEARING

Hearing held.  The Court referred any discovery disputes to Magistrate Judge Paul S. Grewal as to BOTH cases. The Court to issue Further Case Management Conference dates in both cases to follow the pending motion to dismiss in C 10-02389 JW, In re Facebook Privacy Litigation.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: