United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION

10  In re Facebook Privacy Litigation          NO. C 10-02389 JW
                                      /        NO. C 10-04680 JW
11
    In re Zynga Privacy Litigation             **ORDER FOLLOWING CASE**
12                                             **MANAGEMENT CONFERENCE**
                                      /
13
       On February 7, 2011, the Court conducted a Case Management Conference for these related
14
cases. Counsel for the respective parties were present. In light of the discussion at the Conference,
15
the Court refers the parties to Judge Grewal as to any disputes with respect to discovery. However,
16
the Court declines to address the issue of bifurcation or consolidation of discovery at this time.
17
       Defendant in the In re Facebook Privacy Litigation has a Motion to Dismiss set for March
18
28, 2011. (See C 10-2389-JW, Docket Item No. 75.) The Court will set a Further Case
19
Management Conference date in its Order addressing Defendant's Motion to Dismiss.
20
21
    Dated: February 9, 2011
22                                                  JAMES WARE
                                                    United States District Chief Judge
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam  Gutride adam@gutridesafier.com
Adam J. Levitt levitt@whafh.com
Andrew N. Friedman afriedman@cohenmilstein.com
Benjamin Harris Richman brichman@edelson.com
Charles Hyunchul Jung cjung@nassiri-jung.com
David R. Buchanan DBuchanan@SeegerWeiss.com
Francis M. Gregorek gregorek@whafh.com
Jeff S. Westerman jwesterman@milberg.com
Joel E Elkins jelkins@weisslurie.com
Jonathan  Shub jshub@seegerweiss.com
Jordan L. Lurie jlurie@weisslurie.com
Juli E. Farris jfarris@kellerrohrback.com
Kassra Powell Nassiri knassiri@nassiri-jung.com
Leigh Anne Parker lparker@weisslurie.com
Mark Adam Griffin mgriffin@kellerrohrback.com
Matthew Dean Brown mbrown@cooley.com
Michael J. Boni mboni@bonizack.com
Michael James Aschenbrener maschenbrener@edelson.com
Michael Patrick Dillingham mdillingham@nassiri-jung.com
Michael Robert Reese michael@reeserichman.com
Philip Scott Friedman psf@consumerlawhelp.com
Richard L. Seabolt rlseabolt@duanemorris.com
Robert Joseph Drexler rdrexler@kpalawyers.com
Sabrina S. Kim skim@milberg.com
Seth Adam Safier seth@gutridesafier.com
Benjamin Harris Richman brichman@edelson.com
Charles Hyunchul Jung cjung@nassiri-jung.com
Christopher Lilliard Dore cdore@edelson.com
Donald  Amamgbo damamgbo@amamgbolaw.com
Eric David Freed eric@freedweiss.com
Eric H. Gibbs ehg@girardgibbs.com
Francis M. Gregorek gregorek@whafh.com
James M. Penning jpenning@cooley.com
Jay  Edelson jedelson@edelson.com
Matthew Joseph Zevin mzevin@stanleyiola.com
Reginald  Von Terrell ReggieT2@aol.com
Sean Patrick Reis sreis@edelson.com
Sydney Jay Hall sydneyhalllawoffice@yahoo.com

**Dated: February 9, 2011**                         **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California