UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME:** 47 mins

**Judge:** James Ware
**Date:**  March 28, 2011
**Case No.:** C-10-02389 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Gina Colin
**Special Master:** N/A
**Interpreter:** N/A

### TITLE

In re Facebook Privacy Litigation

**Attorney(s) for Plaintiff(s)**: Michael Aschenbrener, Kassra Nassiri
**Attorney(s) for Defendant(s)**: Matthew Brown, Michael Rhodes

### PROCEEDINGS

Motion to Dismiss Consolidated Class Action Complaint [Doc. 75]

### ORDER AFTER HEARING

Hearing held.  The Court took the matter under submission after oral argument.  The Court to issue further Order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: