**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

EDELSON MCGUIRE LLP
JAY EDELSON
(jedelson@edelson.com)
BENJAMIN HARRIS RICHMAN (*pro hac vice*)
(brichman@edelson.com)
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Telephone:     (312) 589-6370
Facsimile:      (312) 589-6378

Attorneys for Plaintiffs

(Additional counsel for Plaintiffs listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-JW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (L.R. 6-1(a))**<br><br>ACTION FILED: May 28, 2010 |

This Stipulation is entered into by and among plaintiffs David Gould and Mike Robertson (collectively, "Plaintiffs") and defendant Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively, "the Parties"), by and through their respective counsel.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1224600 v1/SF

1.

STIPULATION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
NO. 10-CV-02389-JW

WHEREAS Plaintiffs filed their First Amended Consolidated Class Action Complaint ("Complaint") on June 13, 2011;

WHEREAS the current deadline for Facebook to answer, move to dismiss, or otherwise respond to the Complaint is June 27, 2011;

WHEREAS under Civil Local Rule 6-1(a), parties may stipulate in writing, without a Court order, to extend the time within which to answer, move to dismiss, or otherwise respond to the Complaint; AND

WHEREAS extending the date for Facebook to answer, move to dismiss, or otherwise respond to the Complaint to and including July 15, 2011 will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

Facebook's deadline to answer, move to dismiss, or otherwise respond to the Complaint is extended to and including July 15, 2011.

**IT IS SO STIPULATED.**

Dated: June 20, 2011            COOLEY LLP

/s/ Matthew D. Brown
Matthew D. Brown (196972)
Attorneys for Defendant
FACEBOOK, INC.

Dated: June 20, 2011            EDELSON MCGUIRE LLP

/s/ Benjamin Harris Richman
Benjamin Harris Richman (*pro hac vice*)
Attorneys for Plaintiffs

(Additional counsel for Plaintiffs continued on next page)

1  EDELSON MCGUIRE LLP
   SEAN REIS (184044)
2  (sreis@edelson.com)
   30021 Tomas Street, Suite 300
3  Rancho Santa Margarita, CA  92688
   Telephone:     (949) 459-2124
4  Facsimile:     (949) 459-2123

5  Attorneys for Plaintiffs

6  ASCHENBRENER LAW, P.C.
   MICHAEL J. ASCHENBRENER (*pro hac vice*)
7  (mja@aschenbrenerlaw.com)
   10 S Riverside Plaza, Suite 1800
8  Chicago, IL 60606
   Telephone:     (312) 462-4922
9  Facsimile:     (312) 462-4923

10 Attorneys for Plaintiffs

11 NASSIRI & JUNG LLP
   KASSRA P. NASSIRI (215405)
12 (knassiri@nassiri-jung.com)
   CHARLES H. JUNG (217909)
13 (cjung@nassiri-jung.com)
   47 Kearney Street, Suite 700
14 San Francisco, CA  94108
   Telephone:     (415) 762-3100
15 Facsimile:     (415) 534-3200

16 Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1224600 v1/SF                    3.         STIPULATION TO EXTEND TIME TO
                                            RESPOND TO FIRST AMENDED COMPLAINT
                                            NO. 10-CV-02389-JW

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all signatories have concurred in the filing of this Stipulation to Extend Time to Respond to First Amended Class Action Complaint (L.R. 6-1(a)).

Dated: June 20, 2011                                  COOLEY LLP

/s/ Matthew D. Brown
Matthew D. Brown (196972)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1224600 v1/SF                   4.                   STIPULATION TO EXTEND TIME TO
                                                     RESPOND TO FIRST AMENDED COMPLAINT
                                                     NO. 10-CV-02389-JW