COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
KELLY A. COOKE (258003)
(kcooke@cooley.com)
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:      (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

ASCHENBRENER LAW, P.C.
MICHAEL J. ASCHENBRENER (277114)
(mja@aschenbrenerlaw.com)
10 S Riverside Plaza, Suite 1800
Chicago, IL 60606
Telephone:      (312) 462-4922
Facsimile:      (312) 462-4923

Attorneys for Plaintiffs

(Additional counsel for Plaintiffs listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-JW |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT (CIVIL LOCAL RULE 6-1(B))** |
| | ACTION FILED: May 28, 2010 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
NO. 10-CV-02389-JW

This Stipulation is entered into by and among plaintiffs David Gould and Mike Robertson (collectively, "Plaintiffs") and defendant Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively, "the Parties"), by and through their respective counsel.

WHEREAS on May 12, 2011 this Court dismissed Plaintiffs' Consolidated Complaint with leave to amend certain causes of action;

WHEREAS on June 13, 2011, Plaintiffs filed a First Amended Consolidated Class Action Complaint ("First Amended Complaint");

WHEREAS on July 15, 2011, Facebook filed a Motion to Dismiss the First Amended Complaint ("Motion");

WHEREAS the first available hearing date for the Motion is October 3, 2011;

WHEREAS under Civil Local Rule 6-1(b), the Parties may, by written stipulation, request a Court order extending the time for Plaintiffs' Opposition to and Facebook's Reply in support of the Motion;

WHEREAS extending the deadlines for Plaintiffs' Opposition to the Motion to August 11, 2011 and for Facebook's Reply in support of the Motion to September 1, 2011 will not alter the date of any event or deadline already fixed by Court order or affect any scheduling for the case other than the dates of Plaintiffs' Opposition to and Facebook's Reply in support of the Motion; AND

WHEREAS this brief extension of time will enable the Parties to provide better and more helpful briefing to the Court without affecting the hearing date on the Motion, the Court's preparation time in the weeks before the hearing, or any other aspect of the case schedule;

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to approval by the Court, as follows:

1.      The deadline for Plaintiffs' Opposition to Facebook's Motion to Dismiss the First Amended Complaint is extended to and including August 11, 2011; and

2.      The deadline for Facebook's Reply in support of its Motion to Dismiss the First Amended Complaint is extended to and including September 1, 2011.

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
NO. 10-CV-02389-JW

1     Dated: July 19, 2011         COOLEY LLP

2

3                                 */s/ Matthew D. Brown*
                                Matthew D. Brown (196972)
                                Attorneys for Defendant FACEBOOK, INC.

4

5     Dated: July 19, 2011         ASCHENBRENER LAW, P.C.

6

7                                 */s/ Michael J. Aschenbrener*
                                Michael J. Aschenbrener (277114)
                                Attorneys for Plaintiffs

8

9     Dated: July 19, 2011         NASSIRI & JUNG LLP

10                                */s/ Kassra P. Nassiri*
                                Kassra P. Nassiri (215405)

11                                Attorneys for Plaintiffs

12                                NASSIRI & JUNG LLP
                               KASSRA P. NASSIRI (215405)

13                                (knassiri@nassiri-jung.com)
                               CHARLES H. JUNG (217909)

14                                (cjung@nassiri-jung.com)
                               47 Kearney Street, Suite 700

15                                San Francisco, CA  94108
                               Telephone:     (415) 762-3100

16                                Facsimile:     (415) 534-3200

17                                EDELSON MCGUIRE LLP
                               SEAN REIS (184044)

18                                (sreis@edelson.com)
                               30021 Tomas Street, Suite 300

19                                Rancho Santa Margarita, CA  92688
                               Telephone:     (949) 459-2124

20                                Facsimile:     (949) 459-2123

21                                EDELSON MCGUIRE LLP
                               JAY EDELSON

22                                (jedelson@edelson.com)
                               BENJAMIN HARRIS RICHMAN (*pro hac vice*)

23                                (brichman@edelson.com)
                               350 North LaSalle Street, 13th Floor

24                                Chicago, IL 60654
                               Telephone:     (312) 589-6370

25                                Facsimile:     (312) 589-6378

26                                Attorneys for Plaintiffs

27

28

1    **IT IS SO ORDERED.**

2

3    DATED: <u>July 27</u>          ., 2011

4                                        HON. JAMES WARE
                                         UNITED STATES DISTRICT JUDGE

5

6

7

8

9                              **FILER'S ATTESTATION**

10           Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

11   all signatories have concurred in the filing of this Stipulation and [Proposed] Order Regarding

12   Briefing Schedule for Motion to Dismiss First Amended Consolidated Complaint.

13   Dated: July 19, 2011                    COOLEY LLP

14

15                                          /s/ Matthew D. Brown
                                            Matthew D. Brown (196972)
16

17

18

19   1227741 /SF

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
No. 10-CV-02389-JW