```
COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
KELLY A. COOKE (258003)
(kcooke@cooley.com)
MEGAN L. DONOHUE (266147)
(mdonohue@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
FACEBOOK, INC.

ASCHENBRENER LAW, P.C.
MICHAEL J. ASCHENBRENER (277114)
(mja@aschenbrenerlaw.com)
795 Folsom Street, First Floor
San Francisco, CA  94107
Telephone:    (312) 462-4922
Facsimile:    (312) 462-4923

Attorneys for Plaintiffs

(Additional counsel for Plaintiffs listed on signature page)
```

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO ALTER OR AMEND JUDGMENT (CIVIL LOCAL RULE 6-1(B))**<br><br>ACTION FILED: May 28, 2010 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
NO. 10-CV-02389-JW

This Stipulation is entered into by and among plaintiffs David Gould and Mike Robertson (collectively, "Plaintiffs") and defendant Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively, "the Parties"), by and through their respective counsel.

WHEREAS on November 22, 2011 this Court dismissed Plaintiffs' First Amended Consolidated Complaint without leave to amend;

WHEREAS on December 20, 2011, Plaintiffs filed a Motion to Alter or Amend Judgment, Or, Alternatively, For Relief From Judgment ("Motion");

WHEREAS currently Facebook's Opposition to the Motion is due January 3, 2012, and Plaintiffs' Reply in support of the Motion is due January 10, 2012;

WHEREAS, Facebook's offices are closed for the holiday season from Friday, December 23 through Tuesday, December 27, and from Friday, December 30 through Monday, January 2 (and many employees will take off all or most of the period from Friday, December 23 through Monday, January 2);

WHEREAS under Civil Local Rule 6-1(b), the Parties may, by written stipulation, request a Court order extending the time for Facebook's Opposition to and Plaintiffs' Reply in support of the Motion; AND

WHEREAS extending the briefing deadlines and hearing date as set forth below will not alter the date of any other event or deadline already fixed by Court order or affect any scheduling for the case.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to approval by the Court, as follows:

1. The deadline for Facebook's Opposition to Plaintiffs' Motion is extended to and including January 20, 2012;

2. The deadline for Plaintiffs' Reply in support of its Motion is extended to and including February 3, 2012; AND

3. The hearing on the Motion is continued from January 30, 2012, at 9:00 a.m., to February 27, 2012, at 9:00 a.m.

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION AND [PROPOSED] ORDER
REGARDING BRIEFING SCHEDULE
NO. 10-CV-02389-JW

| | | |
|---|---|---|
| 1 | Dated: December 23, 2011 | COOLEY LLP |
| 2 | | |
| 3 | | */s/ Matthew D. Brown* <br> Matthew D. Brown (196972) <br> Attorneys for Defendant FACEBOOK, INC. |
| 4 | | |
| 5 | Dated: December 23, 2011 | ASCHENBRENER LAW, P.C. |
| 6 | | |
| 7 | | */s/ Michael J. Aschenbrener* <br> Michael J. Aschenbrener (277114) <br> Attorneys for Plaintiffs |
| 8 | | |
| 9 | Dated: December 23, 2011 | NASSIRI & JUNG LLP |
| 10 | | |
| 11 | | */s/ Kassra P. Nassiri* <br> Kassra P. Nassiri (215405) <br> Attorneys for Plaintiffs |

NASSIRI & JUNG LLP
KASSRA P. NASSIRI (215405)
(knassiri@nassiri-jung.com)
CHARLES H. JUNG (217909)
(cjung@nassiri-jung.com)
47 Kearney Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

January 3, 2012
DATED: ~~December ____, 2011~~

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING BRIEFING SCHEDULE
NO. 10-CV-02389-JW