NASSIRI & JUNG LLP
KASSRA P. NASSIRI (215405)
(knassiri@nassiri-jung.com)
CHARLES H. JUNG (217909)
(cjung@nassiri-jung.com)
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile:  (415) 534-3200

ASCHENBRENER LAW, P.C.
MICHAEL J. ASCHENBRENER (277114)
(mja@aschenbrenerlaw.com)
795 Folsom Street, First Floor
San Francisco, California 94107
Telephone: (415) 813-6245
Facsimile:  (415) 813-6246

Attorneys for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK PRIVACY LITIGATION | Case No. 5:10-cv-02389-RMW<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (L.R. 16-2)**<br><br>Courtroom: 6<br>Judge: Hon. Ronald M. Whyte<br>Trial Date: None Set |

1.

Stip. to Continue Case Mgmt. Conf.
Case No. **5:10-CV-02389-RMW**

This Stipulation is entered into by and among Plaintiff Mike Robertson ("Plaintiff") and defendant Facebook, Inc. ("Facebook") (Plaintiff and Facebook collectively "the Parties"), by and through their respective counsel.

WHEREAS, Plaintiffs filed their First Amended Consolidated Class Action Complaint ("Complaint") in the above-entitled action on June 13, 2011;

WHEREAS, Facebook filed a motion to dismiss the Complaint;

WHEREAS, on November 22, 2011, the Court (Judge Ware) granted Facebook's motion to dismiss the Complaint with prejudice and entered judgment in Facebook's favor;

WHEREAS, Plaintiffs filed a notice of appeal to the U.S. Court of Appeals for the Ninth Circuit, and the Parties presented briefing and oral argument in the Ninth Circuit;

WHEREAS, on May 8, 2014, the Ninth Circuit affirmed in part, reversed in part, and remanded the above-entitled action to this Court;

WHEREAS, on June 3, 2014, the Ninth Circuit's Mandate issued (Dkt. Nos. 127-128);

WHEREAS, this Court has set a Case Management Conference for June 20, 2014 (Dkt. No. 126);

WHEREAS, counsel for Plaintiffs have long-standing prior commitments that, unless cancelled, prevent counsel from attending the Case Management Conference scheduled for June 20, 2014;

WHEREAS, continuing the Case Management Conference will not alter the date of any other event or deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Civil Local Rule 16-2, the Parties hereby stipulate and agree, subject to approval by this Court, to continue the Case Management Conference to 10:30 a.m., July 25, 2014, or as soon thereafter as the Court's schedule permits.

\\\
\\\
\\\
\\\

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 5, 2014 | COOLEY LLP |
| | /s/ Matthew D. Brown |
| | Matthew D. Brown |
| | Attorneys for Defendant Facebook, Inc. |
| | |
| | NASSIRI & JUNG LLP |
| | /s/ Kassra P. Nassiri |
| | Kassra P. Nassiri |
| | Attorneys for Plaintiffs |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____       _____
DATE                                                              HON. RONALD M. WHYTE