UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-RMW<br><br>**ORDER REQUESTING FURTHER BRIEFING** |

At the May 1, 2015 hearing on defendant Facebook's motion to dismiss, the court requested further briefing on the issue of plaintiff Pohl's standing. The court set the following deadlines: Facebook's opening brief is due by May 6, 2015, plaintiff's response is due by May 8, 2015, and Facebook's reply, should they choose to file one, is due by May 12, 2015. Each party's briefing is limited to five pages in total, and should Facebook elect to file a reply, it is limited to five pages of briefing across both its opening brief and reply.

The court would like the parties to address the question of whether a named plaintiff may be added to a case to preserve Article III standing, following the dismissal of the original named plaintiff who had standing since the inception of the case, or whether the case must be dismissed for lack of subject matter jurisdiction.[1]

**IT IS SO ORDERED**.

Dated: May 1, 2015

Ronald M. Whyte
United States District Judge

---

[1] The court has made no determination regarding the standing of Ms. Pohl, and the parties need not address this question in their briefing.

ORDER REQUESTING FURTHER BRIEFING
10-cv-02389-RMW                                  1