KASSRA P. NASSIRI (215405)
(kass@njfirm.com)
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Plaintiffs and the Putative Class

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (bronwmd@cooley.com)
JEFFREY M. GUTKIN (216083) (gutkinjm@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant Facebook, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-RMW<br><br>CLASS ACTION<br><br>**JOINTLY SUBMITTED [] AMENDED SCHEDULING ORDER**<br><br>Courtroom: 6<br>Judge: Hon. Ronald M. Whyte<br>Trial Date: None Set |

On May 1, 2015, Plaintiff and Defendant Facebook (collectively "Parties") appeared at a hearing for Plaintiff's Motion for Leave to File an Amended Complaint and to Amend Scheduling Order ("Plaintiff's Motion," Dkt. No. 149).  On May 22, 2015, the Court issued an Order (Dkt. No. 226) granting Plaintiff's Motion, subject to certain conditions, and ordered the Parties to "file a Scheduling Order which reflects [the] dates and conditions [set forth in the May 22 Order]." Accordingly, the Parties jointly submit the following amended schedule:

| Event | Previous Date (Dkt. Nos. 135, 142, 147) | New Date |
|---|---|---|
| Deadline for completion of class certification fact discovery, including fact witness depositions | March 25, 2015 for Plaintiff (except April 10, 2015 for completion of Plaintiff's 30(b)(6) deposition of Facebook); April 1, 2015 for Facebook | July 1, 2015 — Additional fact discovery shall be limited to issues concerning Plaintiff Marfeo's adequacy to be a representative plaintiff. Any discovery conducted by Plaintiff is further limited to 5 interrogatories and 5 production requests with each having no subparts. |
| Deadline for Defendant to respond to the forthcoming Third Amended Complaint | None | 14 calendar days after filing and service of Third Amended Complaint. |

1
**JOINTLY SUBMITTED [] AMENDED SCHEDULING ORDER**
**CASE NO. 10-CV-02389-RMW**

| Event | Previous Date (Dkt. Nos. 135, 142, 147) | New Date |
|---|---|---|
| Deadline for disclosure of all class certification expert rebuttal witnesses (name, address, qualifications, resume, and written report)[1] | June 3, 2015 | September 9, 2015 |
| Deadline for completion of class certification expert discovery, including expert witness depositions | July 1, 2015 | October 7, 2015 |
| Deadline to object to qualifications or proposed testimony of expert and file motion to exclude | July 22, 2015 | October 28, 2015 |
| Deadline to file any motion for class certification or motion to deny class certification or to strike class claims | July 22, 2015 | October 28, 2015 |
| Deadline to file any opposition to motion for class certification or motion to deny class certification or to strike class claims | September 2, 2015 | December 9, 2015 |

---

[1] The Parties reserve the right to present expert opinions arising from fact discovery concerning Plaintiff Marfeo, given that each served her/its initial expert disclosure and report on their deadlines of April 8 and May 6, 2015, respectively, which pre-dated the Court's May 22, 2015 Order authorizing the addition of Ms. Marfeo as a named Plaintiff.

2
**JOINTLY SUBMITTED [] AMENDED SCHEDULING ORDER**
**CASE NO. 10-CV-02389-RMW**

| Event | Previous Date (Dkt. Nos. 135, 142, 147) | New Date |
|---|---|---|
| Deadline to file any opposition to objections to qualifications or proposed testimony of expert or motion to exclude | September 2, 2015 | December 9, 2015 |
| Deadline to file any reply in support of motion for class certification or motion to deny class certification or to strike class claims | September 30, 2015 | January 6, 2016 |
| Deadline to file any reply in support of objections to qualifications or proposed testimony of expert or motion to exclude | September 30, 2015 | January 6, 2016 |
| Hearing on any motion for class certification or motion to deny class certification or to strike class claims; hearing on objections to qualifications or proposed testimony of experts or motions to exclude | October 23, 2015 | January 29, 2016 |
| Further Case Management Conference | November 20, 2015 | February 26, 2016 |

3

**JOINTLY SUBMITTED [] AMENDED SCHEDULING ORDER**
**CASE NO. 10-CV-02389-RMW**

1  Dated: May 29, 2015                                         NASSIRI & JUNG LLP

3                                                              /s/ Kassra P. Nassiri
                                                               Kassra P. Nassiri
4                                                              Attorneys for Plaintiffs and the Putative Class

5  Dated: May 29, 2015                                         COOLEY LLP

7                                                              /s/ Matthew D. Brown
                                                               Matthew D. Brown
8                                                              Attorneys for Defendant Facebook, Inc.

**[] ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2015

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

The undersigned attests that all signatories have concurred in the filing of this Jointly Submitted [Proposed] Amended Scheduling Order.

Dated: March 29, 2015                                          NASSIRI & JUNG LLP

                                                               /s/ Kassra P. Nassiri
                                                               Kassra P. Nassiri
                                                               Attorneys for Plaintiffs and the Putative Class

4
**JOINTLY SUBMITTED [] AMENDED SCHEDULING ORDER**
**CASE NO. 10-CV-02389-RMW**