UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK PRIVACY LITIGATION | Case No. 10-cv-02389-RMW<br><br>**ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY; CONTINUING MOTION HEARING**<br><br>Re: Dkt. No. 246 |

On September 21, 2015 plaintiff moved to extend their deadline for filing an opposition to defendant Facebook's motion to dismiss for lack of standing. Dkt. No. 246. Facebook filed an opposition on September 25, 2015. Dkt. No. 250.

For good cause shown, the court GRANTS plaintiff's motion in part, and sets the following deadlines. Plaintiff shall file an opposition to Facebook's motion to dismiss no later than November 13, 2015. Facebook shall file a reply in support of their motion to dismiss no later than December 4, 2015. The court will hold a hearing on Facebook's motion to dismiss on December 18, 2015.

**IT IS SO ORDERED.**

Dated: September 25, 2015

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge

10-cv-02389-RMW
ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY
1